_____FILED   ✓_____ENTERED
_____LODGED _____RECEIVED

DEC _ 7 2011

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____
_____DEPUTY

## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **DANIEL CARDWELL ("CARDWELL")** was a resident of Hyattsville, Maryland.

**CARDWELL** utilized a file share program to make available for distribution files depicting children engaged in sexually explicit conduct. Between October 4, 2010 and May 4, 2010, he distributed 1,298 files, as described on Attachment B.

On January 31, 2011, **CARDWELL** distributed the following files, among others, on a file share program, which were downloaded by an undercover officer:

* Teen Home Made Underage-Nfeta Sexo- Kinder Porno 29 sec illegal preteen underage lolita kiddy child (1), which is a video depicting a prepubescent female child masturbating an adult male.

* Child-!!!!!!!!!!! - PTHC - family fund dad teaches bro and sis abt 9,10 kid sex incest pedophilia boy girl 12.38.mpg, which is a video depicting a compilation of child sex abuse images to include an adult male attempting to vaginally penetrate a prepubescent female. He forcibly turns the prepubescent female over and vaginally penetrates her repeatedly. There are a total of nine different clips of children being sexually abused in this video.

On March 1, 2011, **CARDWELL** distributed the following file, among others, on the file share program, which was downloaded by an undercover officer:

* 9yo Jenny nude with legs spread apart showing her pussy-underage lolita r%2540ygold Pthc ptsc ddogporn pedo young child sex preeteen hussyfan kiddie kiddy porn(1)(1), which is an image depicting a prepubescent female lying on a blanket with her legs spread apart and tied down with a yellow rope while the focal point of the photo is on her genitalia.

* Lucifer's Pedos Collection 3-9~Dick (Illegal Preteen Underage Lolita Kiddy Child Incest 666 Porno Gay Fuck Young Naked Nude Little Girls and Boys.jpg, which is an image depicting a partially nude prepubescent female with her legs spread and the focal point on her genitals with a male standing over her while she fondles his genitals.

On May 10, 2011, after identifying the individual that distributed the images as **CARDWELL**, the Maryland State Police executed a search warrant at **CARDWELL**'s residence

in Hyattsville, Maryland. **CARDWELL** was interviewed and cooperated with law enforcement, providing information regarding his online activities. **CARDWELL** advised that he utilized multiple file share programs to download images, videos and music. **CARDWELL** downloaded images and videos of children engaged in sexually explicit conduct. Specifically, **CARDWELL** sought child pornography videos with the sound of the children talking in the videos. **CARDWELL** masturbated to images and videos depicting teenage females engaged in sexually explicit conduct. **CARDWELL** viewed some of the videos multiple times, specifically, the "Tara" video, which depicts a prepubescent female being repeatedly vaginally penetrated by her father. **CARDWELL** advised that law enforcement would find child pornography on his computer.

During the search, **CARDWELL**'s computers and other digital media items were seized and forensically examined. The computers and hard drives utilized by **CARDWELL** contained approximately 57 videos depicting children engaged in sexually explicit conduct. Videos possessed by **CARDWELL** that were located on his seized computer include:

* Porn- (pthc) 9yo vicky stripping and sucking (kiddy pedo illegal underage preteen).mpg, a video which depicts a prepubescent female undressing then performing oral sex on an adult male. This video was received on the computer on December 13, 2010. This image depicts a known, identified child.

* porno infantil - nina de 6 anos follada (pthc).wmv, a video which depicts an adult male masturbating in front of a female toddler before vaginally penetrating her to engage in sex. This video was received November 18, 2010.

The images and videos depict real children engaged in sexually explicit conduct. The images downloaded onto the defendant's computer were transported through the Internet and therefore traveled in interstate commerce.

\*   \*   \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

12-7-11
_____
Date

X Daniel Cardwell
_____
Daniel Cardwell

## ATTACHMENT B

| Date | Number of Files Distributed |
|---|---|
| October 4, 2010 | 3 |
| October 6, 2010 | 3 |
| October 11, 2010 | 1 |
| October 15, 2010 | 2 |
| October 20, 2010 | 2 |
| October 22, 2010 | 29 |
| October 24, 2010 | 1 |
| October 25, 2010 | 5 |
| October 26, 2010 | 2 |
| December 10, 2010 | 2 |
| December 13, 2010 | 14 |
| December 14, 2010 | 16 |
| December 20, 2010 | 35 |
| December 22, 2010 | 2 |
| January 3, 2011 | 13 |
| January 5, 2010 | 6 |
| January 10, 2011 | 1 |
| January 11, 2011 | 4 |
| January 12, 2011 | 1 |
| January 16, 2011 | 6 |
| January 17, 2011 | 6 |
| January 19, 2011 | 6 |
| January 20, 2011 | 6 |
| January 28, 2011 | 77 |

| | |
|---|---|
| January 31, 2011 | 99 |
| February 3, 2011 | 3 |
| February 8, 2011 | 29 |
| February 9, 2011 | 3 |
| February 28, 2011 | 14 |
| March 5, 2011 | 23 |
| March 8, 2011 | 43 |
| March 10, 2011 | 1 |
| March 11, 2011 | 41 |
| March 12, 2011 | 38 |
| March 15, 2011 | 30 |
| March 16, 2011 | 13 |
| March 18, 2011 | 9 |
| March 19, 2011 | 1 |
| March 21, 2011 | 1 |
| March 23, 2011 | 8 |
| March 24, 2011 | 4 |
| March 25, 2011 | 1 |
| March 27, 2011 | 2 |
| March 28, 2011 | 2 |
| March 29, 2011 | 24 |
| March 30, 2011 | 17 |
| April 1, 2011 | 10 |
| April 3, 2011 | 68 |
| April 4, 2011 | 144 |
| April 5, 2011 | 3 |

| April 6, 2011 | 60 |
|---|---|
| April 7, 2011 | 40 |
| April 8, 2011 | 4 |
| April 12, 2011 | 12 |
| April 13, 2011 | 1 |
| April 15, 2011 | 2 |
| April 17, 2011 | 137 |
| April 18, 2011 | 23 |
| April 20, 2011 | 14 |
| April 21, 2011 | 101 |
| April 27, 2011 | 36 |
| April 28, 2011 | 14 |
| April 29, 2011 | 6 |
| May 2, 2011 | 1 |
| May 3, 2011 | 5 |
| May 4, 2011 | 22 |
| TOTAL | 1,298 |